DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES FAUSTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3005

[April 15, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Joseph Marx, Judge; L.T. Case No. 502008CF017526CXX.

Charles Faustin, Florida City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Johnson v. State*, 276 So 3d 314 (Fla. 4th DCA 2019).

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***